

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00734-CV

Florentino **GARZA** d/b/a Tino's Auto Mart,
Appellant

v.

**FORD MOTOR COMPANY**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 12-02-50838-CV
Honorable Richard C. Terrell, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that appellee recover its costs of appeal from appellant.

SIGNED November 6, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice